1
2
3
4
5
6

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA (Fresno)**

7   **UNITED STATES OF AMERICA**                    )   **Case No.: 1:09-cr-00472-OWW-1**
                                                     )
8                                                    )
                                                     )
9                    **Plaintiff**                   )
                                                     )
10                                                   )   **ORDER OF THE JUDGE**
                                                     )
11   **Vs.**                                         )
                                                     )
12                                                   )
                                                     )
13   **HUGO ARELLANO-GARCIA,**                       )
                                                     )
14                                                   )
                                                     )
15                   **Defendant.**                  )

16
17

     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Respondent's "Motion

18   for Continuance" is GRANTED, Status Conference Hearing previously scheduled for

19   February 16, 2010 will be heard on February 22, 2010 at 9:00A.M.

20
21
22
23

24   Dated: February 12, 2010          /s/ OLIVER W. WANGER
                                        Senior United States District Court Judge
25
26
27
28

1

PDF created with pdfFactory trial version www.pdffactory.com